IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLOS GONZALES,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| **v.** : | |
| : | **NO. 17-2983** |
| **PUROLITE CORPORATION,** : | |
| : | |
| **Defendant.** : | |

# ORDER

**AND NOW**, this ____9th___ day of September, 2019, upon consideration of Defendant's Motion for Summary Judgment ("Motion") (ECF No. 15), Plaintiff' Reponse in Opposition (ECF No. 16), and Defendant's Reply (ECF No. 18), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **DENIED**.[1]

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated September __9th__, 2019.